UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00504-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GENEVA SANCHEZ,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

    ORDERED that all pretrial motions shall be filed by **Monday, June 22, 2009,** and responses to these motions shall be filed by **Monday, July 6, 2009.** It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, July 27, 2009, at 9:00 a.m. in Courtroom A1002.**

    Dated: May 27, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge