UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00504-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GENEVA SANCHEZ,

      Defendant.

_____

**ORDER**

_____

THIS MATTER is before the Court on the Government's Motion to Disclose Matters Occurring Before Grand Jury [doc. #21], filed June 22, 2009. The Court having reviewed the Motion and being fully advised in the premises therein, it is hereby

ORDERED that the Government's Motion to Disclose Matters Occurring Before Grand Jury [doc. #21], filed June 22, 2009, is **GRANTED**. In accordance therewith, it is

ORDERED that:

1. Pursuant to Rule 6(e)(3)(E)(i), the government may disclose the following grand jury materials to defense counsel: (1) the transcript of the testimony of the witness who testified before the grand jury and provided the evidence that resulted in the Indictment in this case, and (2) any records that were received pursuant to grand jury subpoenas.

2. To protect jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel shall keep a

written record concerning how many copies were made, to whom those copies were
delivered and the dates of delivery.  Defense counsel shall also deliver a copy of this
Order with the materials.  <u>No person other than defense counsel shall make any copy of
these materials for any purpose whatsoever</u>.  At the conclusion of the case in this Court,
by entry of the Court's judgment, counsel within ten days shall collect all such copies
and return them to the Government.

3.  Copies of grand jury materials may be used only in connection with this
criminal proceeding, and any further dissemination or use is prohibited.

Dated:  June 23, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge