PS 42
(5/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
)
GENEVA SANCHEZ )   Case No. 07-cr-00504-WYD-01

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, GENEVA SANCHEZ, have discussed with Robert Ford, Probation Officer, modification of my release as follows:

The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 11/30/09    _____ 12-2-09
Signature of Defendant      Date       Probation Officer           Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____ 12/1/09
Signature of Defense Counsel    Date

_____ 12/2/09
Signature of Assistant U.S. Attorney (Special)   Date

[X] The above modification of conditions of release is ordered, to be effective on _____

[ ] The above modification of conditions of release is not ordered.

_____ 12-2-09
Signature of Judicial Officer    Date